# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) NO. 14 B 08188 |
| DARIUSZ MELNAROWICZ | ) |
| | ) |
| | ) |
| | ) Chapter 13 |
| Debtor | ) |
| | ) |
| | ) |
| | ) Honorable Judge Janet S. Baer |
| | ) |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee (via ECF)
PNC Bank, N.A., ATTN: William S. Demchak, CEO, 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 (via U.S. Certified Mail)
PNC Bank, N.A. c/o Pierce & Associates (via ECF)
PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 (via U.S. Mail)

PLEASE TAKE NOTICE that on June 19, 2014 at 10:30 a.m., the undersigned will appear before the Honorable Janet S. Baer at the Dirksen Federal Building located at 219 S. Dearborn Ave., Courtroom 615, Chicago, Illinois 60604 and will then and there present the attached **DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 10542 STONE HILL DRIVE, ORLAND PARK, ILLINOIS 60467,** at which time you may appear if you so choose.

## Certificate of Service

I, Mohammed Badwan, hereby certify that I caused to be served, electronically via ECF to the Chapter 13 Trustee and PNC Bank, N.A. c/o Pierce & Associates, through Certified U.S. Mail to PNC Bank, N.A., ATTN: William S. Demchak, CEO, and via standard U.S. Mail to PNC Bank, N.A., and attached a copy of the forgoing Notice and Motion upon the parties named above on June 9, 2014, from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

> BY:  /S/ MOHAMMED BADWAN
> SULAIMAN LAW GROUP, LTD
> COUNSEL FOR DEBTOR(S)
> 900 JORIE BOULEVARD, SUITE 150
> OAK BROOK, IL 60523
> PHONE: (630) 575-8181
> FAX:    (630) 575-8188
> ATTORNEY NO: 6299011

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION**

| | |
|---|---|
| In Re: ) | |
| ) | NO. 14 B 08188 |
| DARIUSZ MELNAROWICZ ) | |
| ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | |
| ) | |
| ) | Honorable Judge Janet S. Baer |

**DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 506(a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF 10542 STONE HILL DRIVE, ORLAND PARK, ILLINOIS 60467**

**NOW COMES**, DARIUSZ MELNAROWICZ ("Debtor"), by and through his attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C §506(a) and Federal Bankruptcy Rule 3012, moving this Honorable Court to determine the fair market value of the real estate commonly known as 10542 Stone Hill Drive, Orland Park, Illinois 60467, and in support thereof stating the following:

1. This is a motion brought by the Debtor pursuant to 11 U.S.C. § 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure to determine the value of the real estate commonly known as 10542 Stone Hill Drive, Orland Park, Illinois 60467.

2. The Debtor alleges that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

3. The Debtor further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code and Section 157(b)(2) of Title 28 of the United States Code.

4. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on March 7, 2014.

5. The 341 Meeting of Creditors was held and concluded on April 23, 2014.

6. The confirmation date for the underlying Chapter 13 proceeding is currently set for June 19, 2014.

7. The Debtor owns and resides at the real property commonly known as 10542 Stone Hill Drive, Orland Park, Illinois 60467 ("subject real estate").

8. The property index number of the subject real estate is 27-29-420-003-0000.

9. At the time of the filing of the instant Chapter 13 proceeding, the fair market of the subject real estate was $468,000.00. *See* attached Exhibit A is a true and accurate copy of an appraisal of the subject real estate conducted by a real estate professional.

10. Upon information and belief, PNC Bank, N.A. ("PNC") has a successor interest in the subject real estate as a result of a first mortgage recorded in the Cook County Recorder of Deeds Office in the amount of $496,225.00. *See* attached Exhibit B is a true and accurate copy of Debtor's Schedule D.

11. PNC also has an interest in the subject real estate as a result of a second mortgage in the amount of $207,911.88. *See* attached Exhibit C is a true and accurate copy of the proof of claim filed by PNC on account of its second mortgage lien.

12. Pursuant to 11 U.S.C. §§ 506(a) & (d), a creditor would only have a secured claim to the extent of the value of the bankruptcy estate's interest in the property securing the claim. As a result, a creditor's lien is void to the extent it is not an allowed secured claim.

13. Moreover, a junior lien holder would only have a secured claim to the extent the fair market value of the secured asset exceeds the amount of the lien held by the primary lien holder.

14. Where the junior mortgage is wholly unsecured, it should not be allowed as a secured claim, and that the mortgage lien may be stripped off. *In re Havel*, 2002 WL 31944059 (Bankr. S.D. Ill. 2002); *In re Mann*, 249 B.R. 831, 840 (1st Cir. BAP 2000); *In Re Pond*, 2001 252 F.3d 122 (2nd Cir. 2001); *In Re MacDonald*, 205 F. 3d 606 (3rd Cir. 2000); *Bartee v. Tara Colony Homeowners Assoc.*, 212 F. 3d 277 (5th Cir. 2000); *In Re Lam*, 211 B.R. 36 (9th Cir. BAP 1357); *In Re Tanner*, 217 F. 3d 1357 (11th Cir. 2000).

15. Given the fact that the balance of PNC's first mortgage claim exceeds the value of the subject real estate, PNC does not have an allowed secured claim pursuant to 11 U.S.C. §506(a) on account of its second mortgage, and thus its rights may be modified notwithstanding its recorded lien on the Debtor's primary residence. *See* 11 U.S.C. 1322(b)(2).

16. Consequently, PNC's second mortgage claim should be classified and paid as a general non-priority unsecured claim in the underlying Chapter 13 proceeding and be deemed satisfied upon entry of discharge.

**WHEREFORE**, the Debtor, Dariusz Melnarowicz, prays this Honorable Court enter an Order as follows:

1. Determining that the Fair Market Value of the Real Estate commonly known as 10542 Stone Hill Drive, Orland Park, Illinois 60467 is $468,000.00;

2. Determining PNC Bank, N.A.'s second mortgage lien in the amount of $207,911.88 is fully unsecured, and be classified and paid as a general non-priority unsecured claim, and be deemed satisfied upon entry of discharge;

3. For any other and further relief as the Court may seem just and proper.

Dated: June 9, 2014                                  Respectfully Submitted,

                                                     /s/ Mohammed O. Badwan
                                                     Mohammed O. Badwan, Esq. #6299011
                                                     Counsel for Debtor
                                                     Sulaiman Law Group, LTD
                                                     900 Jorie Blvd, Ste 150
                                                     Oak Brook, IL 60523
                                                     Phone (630)575-8181
                                                     Fax (630) 575-8188