UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )   BK No.: 14-08188
DARIUSZ MELNAROWICZ )
)
) Chapter: 13
)
) Honorable Janet S. Baer
)
Debtor(s) )

## ORDER VALUING CLAIM OF PNC BANK, N.A.

On June 9, 2014, the debtor filed a motion to value the claim of PNC Bank, N.A. (the "creditor") secured by a lien against the property commonly known as 10542 Stone Hill Drive, Orland Park, IL 60467 (address) with real estate tax pin number 27-29-420-003-0000 (the "property"). The creditor has not responded to the motion.

IT IS HEREBY ORDERED that the relief requested in the motion in favor of the debtor(s) and against the creditor is granted as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the creditor stemming from its second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the creditor for the second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the creditor's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a)

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: August 28, 2014

**Prepared by:**

Mohammed Badwan ARDC #6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181