IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


| | | |
|---|---|---|
| IN RE:  DARIUSZ MELNAROWICZ | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| - Creditor | ) | No. 14-08188 |
| PNC Bank, National Association | ) | |
| | ) | |
| v. | ) | Judge |
| | ) | Janet Baer |
| DARIUSZ MELNAROWICZ        - Debtor | ) | |
| | ) | |


NOTICE OF MOTION


TO:  SEE ATTACHED ADDRESSES



    PLEASE TAKE NOTICE THAT ON January 15, 2015 at 9:30 a.m., or as soon thereaf-
ter as counsel may be heard, I shall appear before the Honorable Janet Baer, U.S.
Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 615, and shall
then and there present the attached Motion and at which time you may appear if you
so desire.


CERTIFICATION


    I, the undersigned Attorney, Certify that I served a copy of this Notice to
the Addresses attached by electronic notice through ECF or by depositing the same
at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on
January 8, 2015, with proper postage prepaid.

                                    PIERCE & ASSOCIATES, P.C.

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY            /s/Dana N. O'Brien
INFORMATION OBTAINED WILL BE         ARDC#6256415
USED FOR THAT PURPOSE**
                                     1 North Dearborn
                                     Suite 1300
                                     Chicago, Illinois 60602
                                     312-346-9088

PA14-0877

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Tom  Vaughn
55 East Monroe Street
Suite 3850
Chicago, Illinois 60603
**By Electronic Notice through ECF**


To Debtor:
DARIUSZ MELNAROWICZ
10542 Stone Hill DR
Orland Park, IL 60467
**By U.S. Mail**



To Attorney:
Mohammed O Badwan
Sulaiman Law Group, LTD
900 Jorie Blvd Ste 150
Oak Brook, IL 60523
**By Electronic Notice through ECF**



PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Illinois 60602
(312) 346-9088


**PA14-0877**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE:  DARIUSZ MELNAROWICZ            )
                                    )
PNC Bank, National Association      )
         Creditor,                  )    Case No. 14-08188
                                    )    Judge Janet Baer
      vs.                           )
                                    )
DARIUSZ MELNAROWICZ,                )
         Debtor(s),                 )

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES PNC Bank, National Association, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 10542 Stone Hill DR, Orland Park, IL 60467, be Modified, stating as follows:

1. On March 7, 2014, the above captioned Chapter 13 was filed.

2. On September 11, 2014, the above captioned Chapter 13 was confirmed.

3. PNC Bank, National Association services the first mortgage lien on the property located at 10542 Stone Hill DR, Orland Park, IL 60467.

4. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to PNC Bank, National Association. Post-petition payments are $2,985.53.

5. The post-petition mortgage payments are due and owing for November 2014. The default to PNC Bank, National Association is approximately $9,695.77 through January 2015 including attorney's fees and costs of this motion.

6. The plan is in material default.

7. PNC Bank, National Association continues to be injured each day it remains bound by the Automatic Stay.

8. PNC Bank, National Association is not adequately protected.

9. The property located at 10542 Stone Hill DR, Orland Park, IL 60467 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 10542 Stone Hill DR, Orland Park, IL 60467, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to PNC Bank, National Association to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

PNC Bank, National Association

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088